IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00086-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL THOMAS JEFFERY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se asking for jail credit. (Doc. No. 12). According to the letter, the defendant was on bond in a state case when he was taken into federal custody based on a petition to revoke his supervised release; therefore, he seeks federal jail credit for 95 days he alleges were not counted against his state sentence.

It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F.3d 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the sentencing credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement. Id.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se request to receive jail credit (Doc. No. 12) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 9, 2017

Robert J. Conrad, Jr.
United States District Judge